RENAUT v. GROSSMAN et al. (Supreme Court, Appellate Division, First Department. June 18, 1915.) Action by Amanda Renaut against Gustav Grossman and another. No opinion. Motion denied, without costs. Order filed.

In re REXFORD FLATS BRIDGE CO. (Supreme Court, Appellate Division, Third Department. May 28, 1915.) In the matter of the application of the Rexford Flats Bridge Company for writ of mandamus against the Canal Board and others. No opinion. Motion granted. See, also, 153 N. Y. Supp. 154.

REYNOLDS, Respondent, v. STATEN ISLAND MIDLAND R. CO., Appellant. (Supreme Court, Appellate Division, First Department. May 28, 1915.) Action by George V. Reynolds against the Staten Island Midland Railway Company. B. G. Eadie, of ·New Brighton, for appellant. F. R. Stoddard, Jr., of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

RINELLA et al., Appellants, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Supreme Court, Appellate Division, Third Department. May 28, 1915.) Action by Joseph Rinella and others against the New York Central & Hudson River Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

RINTELEN, Appellant, v. SCHAEFER et al., Respondents. (Supreme Court, Appellate Division, Second Department. May 25, 1915.) Action by Joseph C. Rintelen against Rose D. Schaefer and others.

PER CURIAM. The parties hereto having stipulated in open court that this case may be disposed of by a court of four, the decision is as follows: Judgment and order affirmed, with costs. See, also, 158 App. Div. 477, 143 N. Y. Supp. 631.

RISHELL, Respondent, v. MEANY et al., Appellants. (No. 7438.) (Supreme Court, Appellate Division, First Department. May 28, 1915.) Appeal from Special Term, New York County. Action by John .D. Rishell against Frank Meany and another. From an order denying a motion to make the amended complaint more definite and certain, defendants appeal. Reversed, and motion granted in part. Arthur J. W. Hilly, of New York City, for appellants. Edward A. Isaacs, of New York City, for respondent.

PER CURIAM. Order appealed from reversed, with $10 costs and disbursements, and motion granted to the extent of requiring the complaint to be made more definite and certain as to the date on which the plaintiff's assignors and ·the individual defendants made the agreement, and also the date when the plaintiff's assignors tendered performance and the date of the assignment to the plaintiff. Settle order on notice.

RIVIERA REALTY CO., Respondent, v. ILLINOIS SURETY CO., Appellant. (No. 7432.) (Supreme 'Court, Appellate Division, First Department. May 28, 1915.) Appeal from Special Term, New York County. Action by the Riviera Realty Company against the Illinois Surety Company. From an order directing defendant to file and serve a bill of particulars, it appeals. Modified and affirmed. See, also, 152 N. Y. Supp. 1140. L. Laflin Kellogg, of New York City, for appellant. Sol. Kohn, of New York City, for respondent.

PER CURIAM. The order appealed from should be modified, by requiring the defendant to furnish a bill of particulars as specified in the third clause of the order to show cause, and, as so modified, affirmed, without costs. Settle order on notice. '

ROBBINS v. BABYLON NAT. BANK et al. (Supreme Court, Appellate Division, Second Department. June 4, 1915.) Action by John Clinton Robbins against the Babylon National Bank and others. No opinion. Motion to dismiss appeal denied.

ROCHESTER TRUST & SAFE DEPOSIT CO. v. VOGEL et al. (Supreme Court, Appellate Division, Fourth Department. May 5, 1915.) Action by the Rochester Trust & Safe Deposit Company, as executor, etc., of Adam Vogel, deceased, against Valentine Vogel and others. No opinion. Appeal dismissed, without costs, upon stipulation filed.

ROCK ISLAND BUTTER CO. v. ROWLAND. (Supreme Court, 'Appellate Division, First Department. May 14, 1915.) Action by the Rock Island Butter ·Company against James Rowland. No opinion.. Motion denied, with $10 costs. Order filed. See, also, 160 App. Div. 878, 144 N. Y. Supp. 1142.

ROLLER v. GLEASON WORKS. (Supreme Court, Appellate Division, Fourth Department. May 5, 1915.) Action by William Roller against the Gleason Works. No opinion. Plaintiff's exceptions overruled, and motion for new trial denied, upon stipulation filed.

ROOT, Appellant, v. PULITZER et al., Respondents. (2 cases.) (Supreme Court, Appellate Division, First Department. May 21, 1915.) Action by W. Russell Root, on behalf of himself, etc., against Walter Pulitzer and others. F. J. Byrne, of New York City, for appellant. G. W. Glaze, of New York City, for respondents. No opinion. Judgments affirmed, with costs. Orders filed. See, also, 152 N. Y. Supp. 1140.

ROSENTHAL v. KINZLER. (Supreme Court, Appellate Division, First Department.